IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JASON WAYNE HURST,<br><br>    Appellant-Petitioner,<br><br>v.<br><br>KENNETH E. LASSITER, Warden, Central Prison, Raleigh, North Carolina,<br>    Appellee-Respondent. | NO. 13-6 |

## MOTION TO EXTEND DEADLINE FOR FILING JOINT APPENDIX AND OPENING BRIEF

NOW COMES Appellant-Petitioner, Jason Wayne Hurst (Mr. Hurst), by and through counsel, and moves this Court to extend the deadline to file the joint appendix and opening brief in this matter. In support of this motion, Mr. Hurst shows the following:

### FACTS

1. Mr. Hurst's appeal of the denial of his petition pursuant to 28 U.S.C. § 2254 was docketed in this Court on May 2, 2013.

2. Thereafter, undersigned counsel moved to hold these proceeding in abeyance pending resolution of state-law claims made pursuant to North

Carolina's Racial Justice Act, and to appoint additional counsel.

3. On July 16, 2013, this Court denied Mr. Hurst's motion to hold this matter in abeyance, but granted the motion to appoint new counsel.

4. A deadline of August 26, 2013 was established as the deadline to file the joint appendix and opening brief in this matter.

5. Undersigned counsel has begun the preparation of the joint appendix and opening brief in this matter. However, due to the other obligations of counsel, including preparation for trial in the case of *United States v. Stephen Dohm*, Eastern District of North Carolina case No. 12-65, counsel has not yet had an adequate time to prepare them and does not anticipate having adequate time to do so by August 26, 2013.

6. Additionally, undersigned counsel anticipated that an additional attorney would be appointed to assist in the preparation of the joint appendix and opening brief.

7. However, counsel is informed that the new counsel requested by the undersigned is not likely to be approved until November, 2013.

8. Accordingly, the undersigned seeks a thirty-day extension of the deadline for the filing the joint appendix and opening brief in this matter.

9. Undersigned counsel has contacted Assistant Attorney General Mary

Carla Hollis with respect to this motion, and she does not oppose the requested extension.

Respectfully submitted. This the 14th day of August, 2013.

                                      ROBERT H. HALE, JR. & ASSOCIATES
                                      ATTORNEYS AT LAW, PC

                                      /s/ Robert H. Hale, Jr.
                                      Robert H. Hale, Jr.
                                      Counsel for Appellant
                                      North Carolina Bar No. 21352
                                      P.O. Box 1349
                                      Raleigh, NC 27602
                                      Tel. (919) 838-0058
                                      Fax (919) 833-9427

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Ms. Mary Carla Hollis
Assistant Attorney General
P.O. Box 629
Raleigh, NC 27602
mchollis@ncdoj.gov

by electronic transmission.

This the 14th day of August, 2013.

ROBERT H. HALE, JR. & ASSOCIATES
ATTORNEYS AT LAW, PC

 /s/ Robert H. Hale, Jr.
Robert H. Hale, Jr.
Counsel for Appellant
North Carolina Bar No. 21352
P.O. Box 1349
Raleigh, NC 27602
Tel. (919) 838-0058
Fax (919) 833-9427