IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| JASON WAYNE HURST,<br><br>　　Appellant-Petitioner,<br><br>　　v.<br><br>KENNETH E. LASSITER, Warden, Central Prison, Raleigh, North Carolina,<br><br>　　Appellee-Respondent. | NO. 13-6 |

## MOTION TO EXTEND DEADLINE FOR FILING JOINT APPENDIX AND OPENING BRIEF

NOW COMES Appellant-Petitioner, Jason Wayne Hurst (Mr. Hurst), by and through counsel, and moves this Court to extend the deadline to file the joint appendix and opening brief in this matter for three (3) days, until October 4, 2013. In support of this motion, Mr. Hurst shows the following:

### FACTS

1.　Mr. Hurst's appeal of the denial of his petition pursuant to 28 U.S.C. § 2254 was docketed in this Court on May 2, 2013.

2.　Thereafter, undersigned counsel moved to hold these proceeding in abeyance pending resolution of state-law claims made pursuant to North

Carolina's Racial Justice Act, and to appoint additional counsel.

3. On July 16, 2013, this Court denied Mr. Hurst's motion to hold this matter in abeyance, but granted the motion to appoint new counsel. However, new counsel has not yet been appointed.

4. A deadline of August 26, 2013 was established as the deadline to file the joint appendix and opening brief in this matter.

5. Based largely upon the other obligations of counsel, a first motion to extend the deadline for filing the opening brief and appendix in this matter was made. This Court extended the deadline to file the opening brief and appendix until September 25, 2013.

6. Thereafter, a second motion to extend the deadline to file the opening brief and appendix for six (6) days was made and was granted by this Court.

7. Undersigned counsel fully expected to be able to complete preparation of the opening brief and joint appendix in that amount of time.

8. However, despite exhaustive effort, undersigned counsel has not been able to complete the opening brief, thought the joint appendix has been assembled, and agreed upon by the parties.

9. Undersigned counsel under-estimated the amount of time that that would be necessary to prepare the opening brief and the joint appendix in this

matter, and despite his best efforts, has been unable to complete the preparation of the brief during the past week and through the weekend.

10. On Monday, the undersigned will be in Wilmington, NC, for the majority, if not all of the day, with two contested sentencing hearings to be heard in the cases of United States v. Waynemon Bullock, 5:12-cr-365-002 United States v. John Aldaya, No. 5:12-cr-365-F2.

11. Undersigned counsel is aware of this Court's policy of expediting the review of capital cases.

12. Undersigned counsel regrets having to file this motion. This motion is not being filed for purpose of delay.

13. However, undersigned counsel does not expect to be able to complete the appeal and have it filed by Tuesday, October 1, 201, and complete the task with the level of professionalism it deserves, and adequately represent the Appellant-Petitioner in this capital case.

14. An extension of three (3) days additional days will be adequate, if the Court would so allow.

15. Accordingly, the undersigned seeks a 3 day extension of the deadline for the filing the joint appendix and opening brief in this matter.

16. Undersigned counsel has contacted Assistant Attorney General Mary

Carla Hollis with respect to this motion, and she does not oppose the requested extension.

17. The deadline for filing the opening brief in this matter has been continued twice previously on motion of the Appellant-Petitioner.

WHEREFORE, Appellant-Petitioner respectfully requests a three (3) day extension of the deadline for filing the opening brief and appendix in this matter.

Respectfully submitted. This the 29th day of September, 2013.

                                      ROBERT H. HALE, JR. & ASSOCIATES
                                      ATTORNEYS AT LAW, PC

                                      /s/ Robert H. Hale, Jr.
                                      Robert H. Hale, Jr.
                                      Counsel for Appellant
                                      North Carolina Bar No. 21352
                                      P.O. Box 1349
                                      Raleigh, NC 27602
                                      Tel. (919) 838-0058
                                      Fax (919) 833-9427

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Ms. Mary Carla Hollis
Assistant Attorney General
P.O. Box 629
Raleigh, NC 27602
mchollis@ncdoj.gov

by electronic transmission.

This the 29th day of September, 2013.

ROBERT H. HALE, JR. & ASSOCIATES
ATTORNEYS AT LAW, PC

 /s/ Robert H. Hale, Jr.
Robert H. Hale, Jr.
Counsel for Appellant
North Carolina Bar No. 21352
P.O. Box 1349
Raleigh, NC 27602
Tel. (919) 838-0058
Fax (919) 833-9427