FILED: October 31, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6
(1:10-cv-00725-TDS-LPA)

_____

JASON WAYNE HURST

      Petitioner - Appellant

v.

CARLTON B. JOYNER, Warden, Central Prison, Raleigh, North Carolina

      Respondent - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/22/2013

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk